IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ALABAMA MUNICIPAL          )
INSURANCE CORPORATION, an   )
Alabama non-profit          )
company,                    )
                            )
     Plaintiff,             )
                            )     CIVIL ACTION NO.
     v.                     )       2:15cv685-MHT
                            )          (WO)
RAVELLO SOLUTIONS, LLC, a   )
foreign company, et al.,    )
                            )
     Defendants.            )
```

ORDER

   This cause is before the court on the plaintiff Alabama Municipal Insurance Corporation's motion to stay judicial proceedings until arbitration of claims in the lawsuit has been completed.  Defendant Cheyenne Holdings, LLC instituted arbitration proceedings with AAA, case number 01-15-0005-4184.  Defendants argue that the case should be dismissed instead of stayed. Upon consideration of the arguments of the parties, the court finds that this case should be stayed.

Accordingly, it is ORDERED as follows:

(1) The motion to stay (doc no. 23) is granted.

(2) The motion for sanctions (doc. no. 28) and motion to dismiss (doc. no. 30) are denied with leave to refile.

(3) The emergency motion for extension of time to file an answer to the amended complaint (doc. no. 29) is granted, and the deadline for answering the amended complaint shall begin to run on the day the stay is lifted.

The clerk of court is DIRECTED to close this matter administratively until further notice of the court.

DONE, this the 3rd day of March, 2016.

                    /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE