IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

ALABAMA MUNICIPAL INSURANCE )
CORPORATION, an Alabama )
non-profit company, )
 )
    Plaintiff, )
 )    CIVIL ACTION NO.
    v. )    2:15cv685-MHT
 )    (WO)
RAVELLO SOLUTIONS, LLC, a )
foreign company, et al., )
 )
    Defendants. )

## JUDGMENT

Upon consideration of the motion to lift stay and petition to confirm arbitration award (doc. no. 36), and the responses and replies to the motion, and the court being of the opinion that the award is clear enough to be confirmed, it is ORDERED as follows:

(1) Plaintiff Alabama Municipal Insurance Corporation's motion to lift stay and confirm arbitration award (doc no. 36) is granted to the extent that the stay is lifted and the arbitral award is confirmed as set forth in it against defendants Ravello

Solutions, LLC, Cheyenne Holdings, LLC, and Thomas Rosencrants.

(2) Plaintiff Alabama Municipal Insurance Corporation shall have and recover from defendant Ravello Solutions, LLC the sum of $ 475,000 for breach of contract.

(3) Plaintiff Alabama Municipal Insurance Corporation shall have and recover from defendant Cheyenne Holdings, LLC the sum of $ 300,000 for breach of contract.

(4) The fees and expenses of arbitration totaling $ 28,122.35 are taxed against defendants Ravello Solutions, LLC, Cheyenne Holdings, LLC, and Rosencrants in equal shares. To the extent that defendant Rosencrants has paid more than his share of arbitration expenses, Alabama Municipal Insurance Corporation shall return the excess amount.

(5) Plaintiff Alabama Municipal Insurance Corporation shall have and recover from defendants Ravello Solutions, LLC, Cheyenne Holdings, LLC, and

Rosencrants post-award and pre-judgment interest on all portions of the award. The interest shall be calculated at the rate dictated by the 1975 Ala. Code § 8-8-10, for the period beginning on the date of the arbitrator's final award on August 12, 2016.

It is further ORDERED that the parties provide notice by October 1, 2018, of their intent to submit any additional motions, including motions for post-judgment discovery or Fed.R.Civ.P. 11 sanctions.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

DONE, this the 4th day of September, 2018.

                                    /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**